

# Fourth Court of Appeals
## San Antonio, Texas

September 19, 2014

No. 04-14-00110-CV

Mary **MOCZYGEMBA**,
Appellant

v.

Thomas J. **MOCZYGEMBA** and Harry Lee Moczygemba,
Appellees

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 12-10-0573-CVW
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Appellee's brief was originally due on August 11, 2014. *See* TEX. R. APP. P. 38.6(b). This court granted Appellee's first motion for extension of time to file the brief until September 10, 2014. On September 5, 1014, Appellee filed a second motion for extension of time to file the brief until October 10, 2014.

Appellee's motion for extension of time is GRANTED. Appellee's brief must be filed with this court by October 10, 2014. *See id.*

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court